UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY EUGENE BISEL,<br><br>Petitioner,<br><br>v.<br><br>RAY FISHER, Jr., Warden & SCOTT KERNAN, Secretary, California Department of Corrections and Rehabilitations,<br><br>Respondents. | No. 1:17-cv-00013-SKO HC<br><br>**ORDER DENYING PETITIONER'S MOTION FOR LEAVE TO ACCEPT HABEAS CORPUS PETITION**<br><br>**(Doc. 19)** |

Petitioner, Gregory Eugene Bisel, is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 23, 2018, Petitioner submitted a motion entitled "Motion for Leave to Accept Habeas Corpus Petition, or Grant Enlargement of Time; Permission to Exceed Page Limit." (Doc. 19). Petitioner asks the Court to allow him to supplement his petition, because he unintentionally filed an incomplete petition.

On January 30, 2017, the Court granted Petitioner's motion for stay and abeyance pursuant to *Rhines v. Weber*, 544 U.S. 269, 275 (1995), to permit exhaustion of five unexhausted claims in state court. In the order granting the stay, the Court directed Petitioner to file a motion to lift the stay and an amended habeas petition setting forth all claims once his unexhausted

1

claims are resolved in state court.

Because Petitioner will file an amended petition and the Court will screen that petition once the stay is lifted, the Court will DENY Petitioner's motion to supplement his petition at this time. Petitioner can file a complete amended petition, with all claims he would like the Court to review, once his state court claims are resolved.

IT IS SO ORDERED.

Dated: **April 25, 2018**         /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE