# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY EUGENE BISEL,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RAY FISHER, JR., Warden, et al.,<br><br>　　　　Respondents. | No. 1:17-cv-00013-SKO (HC)<br><br>**ORDER GRANTING PETITIONER'S MOTION TO LIFT STAY**<br>**[Doc. 28]**<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT**<br>**[Doc. 29]**<br><br>**ORDER DIRECTING CLERK OF COURT TO FILE AMENDED PETITION**<br>**[Doc. 30]** |

Petitioner, Gregory Bisel, is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 30, 2017, the Court granted Petitioner's motion for stay and abeyance of federal proceedings while he returned to state court to exhaust his state remedies. (Doc. 13.) The case has been stayed and held in abeyance since that time.

On July 16, 2019, Petitioner filed a motion to lift the stay and abeyance. (Doc. 28.) Petitioner states he has fully exhausted his state remedies with respect to the claims he seeks to raise. In support, Petitioner attaches a copy of an order from the California Supreme Court denying a petition for writ of habeas corpus on June 12, 2019. (Doc. 29 at 5.) Because it appears that Petitioner has exhausted his state remedies, the Court will lift the stay.

1

On July 16, 2019, Petitioner also lodged an amended petition and filed a motion to exceed page limits. (Docs. 29, 30.) Petitioner states he was unable to obtain a typewriter to type his amended petition; therefore, he handwrote the petition which required additional pages. He also states he is taking psychotropic medications which cause trembling arms and hands, which in turn cause his handwriting to be sloppy and space-consuming. Good cause having been presented, and good cause appearing therefor, his motion to extend page limitations will be granted and the amended petition will be filed.

**ORDER**

Based on the foregoing, IT IS HEREBY ORDERED:

1) Petitioner's motion to lift the stay (Doc. 28) is GRANTED;
2) Petitioner's motion to extend page limits (Doc. 29) is GRANTED; and
3) The Clerk of Court is DIRECTED to FILE the lodged amended petition (Doc. 30) as Petitioner's First Amended Petition.

IT IS SO ORDERED.

Dated: **September 19, 2019**   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE