UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY EUGENE BISEL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RAY FISHER, JR., et al.,<br><br>　　　　　Respondents. | Case No.: 1:17-cv-00013-DAD-SKO (HC)<br><br>ORDER GRANTING RESPONDENT'S SECOND REQUEST FOR EXTENSION OF TIME<br><br>[Doc. 63]<br><br>[DEADLINE: OCTOBER 4, 2021] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 2, 2021, Respondent filed a second request for extension of time to file a response. (Doc. 63.)

Good cause having been presented and good cause appearing therefor, Respondent is GRANTED thirty (30) days to and including October 4, 2021, to file a response.

IT IS SO ORDERED.

Dated: __September 3, 2021__　　　　　　　　__/s/ Sheila K. Oberto__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE