UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY EUGENE BISEL,<br><br>  Petitioner,<br><br>  v.<br><br>RAY FISHER, JR., et al.,<br><br>  Respondents. | Case No.: 1:17-cv-00013-DAD-SKO (HC)<br><br>ORDER DIRECTING RESPONDENT TO LODGE DOCUMENTS<br><br>[14-DAY DEADLINE] |

Petitioner Gregory Eugene Bisel is a former state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 4, 2021, Respondent Ray Fisher filed an answer to the first amended petition. (Doc. 65.) In the answer, Respondent Fisher stated that he would be lodging the state court record with the Court. (Doc. 65 at 11.) According to the Court's docket, as of this date those documents have not yet been lodged. Insofar as the state court record is necessary for review of the petition, Respondent Fisher is DIRECTED to LODGE the relevant documents within fourteen (14) days of the date of service of this order.

IT IS SO ORDERED.

Dated: __**April 7, 2022**__                    /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE

1