UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| GREGORY EUGENE BISEL, | Case No.: 1:17-cv-00013-ADA-SKO (HC) |
|---|---|
| Petitioner, | ORDER GRANTING PETITIONER'S FIFTH AND FINAL REQUEST FOR EXTENSION OF TIME |
| v. | |
| RAY FISHER, JR., et al., | [Doc. 92] |
| Respondents. | [DEADLINE: December 14, 2022] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter was referred to this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 17, 2022, the Court issued Findings and Recommendations to deny the petition on the merits. (Doc. 79.) Since then, Petitioner has been granted four extensions of time. (Docs. 83, 85, 89, 91.) On November 14, 2022, Petitioner filed his fifth request for extension of time to file objections. (Doc. 92.) The Court finds good cause to grant Petitioner's motion. However, this will be the final extension of time. At this point in time, the Court will now have generously granted Petitioner five extensions of time. Petitioner complains of various difficulties such as health issues, parole conditions, changes of residence, and transportation. Nevertheless, Petitioner has not been confined during this entire period of time. Aside from routine parole conditions, he is far less hindered than a typical inmate and is free to research and prepare his

objections at will.

Accordingly, good cause having been presented and good cause appearing therefor, Petitioner is GRANTED thirty (30) days to and including **December 14, 2022**, to file objections. **No further extensions of time will be granted.**

IT IS SO ORDERED.

Dated:   **November 15, 2022**              /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE